# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| RONALD COLVIN ) | |
| 619 Williams Street ) | |
| Painesville, OH 44077 ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:09-cv-02592 |
| v. ) | |
| ) | NOTICE OF SETTLEMENT |
| H & P Capital, Inc., ) | |
| 1919 Blanding Blvd., Suite 14 ) | |
| Jacksonville, FL 32210 ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, RONALD COLVIN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                 RESPECTFULLY SUBMITTED,

                                                 By: /s/ Peter Cozmyk_____
                                                      Peter Cozmyk,
                                                      Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x. 213
fax: (866) 425-3459