Case dismissed with prejudice.
IT IS SO ORDERED.
/s Kenneth S. McHargh 8/3/10
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| RONALD COLVIN<br>619 Williams Street<br>Painesville, OH 44077<br><br>    Plaintiff,<br><br>    v.<br><br>H & P Capital, Inc.,<br>1919 Blanding Blvd., Suite 14<br>Jacksonville, FL 32210<br><br>    Defendant. | Case No. 1:09-cv-02592<br><br>**STIPULATION OF DISMISSAL** |

**PLEASE TAKE NOTICE** that Plaintiff, RONALD COLVIN, pursuant to Rule 41(a)(1)(ii), having file a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action with prejudice.

                                                                                   **KROHN & MOSS, LTD.**

August 2, 2010                                      By:/s/Peter Cozmyk
                                                                             Peter Cozmyk,
                                                                             Attorney for Plaintiff
                                                                             Ohio Registration No. 0078862
                                                                             3 Summit Park Drive, Suite 140
                                                                             Independence, Ohio 44131
                                                                             Ph: (216) 901-0609 x213
                                                                             pcozmyk@consumerlawcenter.com

August 2, 2010                                        **DAY KETTERER**

                                                                             /s/ Jack B. Cooper
                                                                             Jack B. Cooper
                                                                             Attorney for Defendant
                                                                             Ohio Registration No. 0069321
                                                                             200 Market Avenue North
                                                                             Canton OH 44701
                                                                             Ph: 330-455-0173
                                                                             jbcooper@day-ketterer.com